**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6356**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HUGO RENE GOMEZ, a/k/a Michael Christopher
Fiero, a/k/a Michael Christopher Fierro,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, Senior
District Judge.  (1:04-cr-00423-WLO)

---

Submitted: May 10, 2007                    Decided:  May 15, 2007

---

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Hugo Rene Gomez, Appellant Pro Se. Angela Hewlett Miller, OFFICE OF
THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugo Rene Gomez seeks to appeal the magistrate judge's order denying his motion for a transcript at government expense made in his underlying 28 U.S.C. § 2255 (2000) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Gomez seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED